United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-50599
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN FRANCISCO SALINAS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-02-CR-650-2-AML
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Walter M. Reaves, Jr., appointed to represent Juan Francisco
Salinas on direct appeal, has moved for leave to withdraw and has
filed a brief as required by Anders v. California, 386 U.S. 738
(1967).  Salinas has received a copy of counsel's motion and
brief, but he has not filed a response.  Based on our review of
the brief filed by counsel and of the record, we conclude that
there are no nonfrivolous issues for appeal.  Accordingly, the
motion for leave to withdraw is GRANTED, counsel is excused from
further responsibilities, and the APPEAL IS DISMISSED.  See 5TH
CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.